Paul A. Jansen, Esq. (IN #29972-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  pjansen@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| WILLIAM BOYD, an individual,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; EQUIFAX INC., a corporation; TRANS UNION LLC, a limited liability corporation; and ACCOUNTS RECEIVABLE COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive;<br>　　　　　Defendants. | CASE NO. 1:12-cv-01887-AWI-SKO<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff William Boyd, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be

dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.  This dismissal does not apply to the other named Defendants.

                                              Respectfully submitted,

Date:  March 27, 2013

/s/      *Jeremy S. Golden (w/consent)*
Jeremy S. Golden, Esq.
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA  91910
Telephone:  619-476-0030
Fax:  775-743-0307
E-Mail:  jeremy@goldencardona.com

*Counsel for William Boyd*

Date:  April 1, 2013

/s/      *Paul A. Jansen*
Paul A. Jansen, Esq. (IN #29972-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  pjansen@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:12-CV-01887-AWI-SKO**

**ORDER**

1
2    PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff
3 William Boyd, against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff
4 William Boyd and Defendant Trans Union, LLC shall each bear their own costs and attorneys'
5 fees.
6
7
8 IT IS SO ORDERED.
9 Dated:   April 2, 2013
10                                                     SENIOR DISTRICT JUDGE