Paul A. Jansen, Esq. (IN #29972-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  pjansen@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| WILLIAM BOYD, an individual,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; EQUIFAX INC., a corporation; TRANS UNION LLC, a limited liability corporation; and ACCOUNTS RECEIVABLE COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive;<br>　　　　　Defendants. | CASE NO. 1:12-cv-01887-AWI-SKO<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff William Boyd, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:12-CV-01887-AWI-SKO**
Page 1 of 3

dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. This dismissal does not apply to the other named Defendants.

                                                   Respectfully submitted,

Date: March 27, 2013            /s/     Jeremy S. Golden (w/consent)
                                                   Jeremy S. Golden, Esq.
                                                   Golden & Cardona-Loya, LLP
                                                   3130 Bonita Road, Suite 200B
                                                   Chula Vista, CA  91910
                                                   Telephone:  619-476-0030
                                                   Fax:  775-743-0307
                                                   E-Mail:  jeremy@goldencardona.com

                                                   *Counsel for William Boyd*


Date: April 1, 2013                /s/     Paul A. Jansen
                                                   Paul A. Jansen, Esq. (IN #29972-49)
                                                     *(admitted Pro Hac Vice)*
                                                   Schuckit & Associates, P.C.
                                                   4545 Northwestern Drive
                                                   Zionsville, IN  46077
                                                   Telephone: 317-363-2400
                                                   Fax: 317-363-2257
                                                   E-Mail: pjansen@schuckitlaw.com

                                                   *Lead Counsel for Defendant Trans Union, LLC*


                                                   Monica Katz-Lapides, Esq. (CSB #267231)
                                                   Tate & Associates
                                                   1321 8th Street, Suite 4
                                                   Berkeley, CA  94710
                                                   Telephone:  510-525-5100
                                                   Fax:  510-525-5130
                                                   E-Mail:  mkl@tateandassociates-law.com

                                                   *Local Counsel for Defendant Trans Union, LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff William Boyd, against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff William Boyd and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 2, 2013              _____
                                              SENIOR DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:12-CV-01887-AWI-SKO

Page 3 of 3