Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BOYD, an individual, | Case No.: 1:12-CV-01887-AWI-SKO |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

Pursuant to the parties' stipulation this court hereby dismisses this action with prejudice.  Each side is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  May 22, 2013                                    _____
                                                                              SENIOR  DISTRICT  JUDGE